Ruby McFADDEN, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7031.

United States Court of Appeals,
Federal Circuit.

July 15, 2010.

Ruby Mcfadden, North Little Rock, AK,
pro se.

ON MOTION

ORDER

Ruby McFadden moves for leave to file her docketing statement and for counsel to enter an appearance out of time. The Secretary of Veterans Affairs moves for leave to file his docketing statement out of time and moves for a 53–day extension of time, until August 31, 2010, to file his brief.

Upon consideration thereof,

It Is Ordered That:

The motions are granted.

INTERNATIONAL UNION OF OPER-
ATING ENGINEERS, Local 513,
AFL–CIO, Petitioner,

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

No. 2010–3126.

United States Court of Appeals,
Federal Circuit.

July 15, 2010.

Ronald C. Gladney, Bartley Goffstein, L.L.C., St. Louis, MO, for Petitioner.

ON MOTION

ORDER

Upon consideration of International Union of Operating Engineers' unopposed motion to voluntarily dismiss this petition for review for lack of jurisdiction,

It Is Ordered That:

(1) The *motion is granted. All other pending motions are moot.

(2) Each side shall bear its own costs.